THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Phil Floyd Williams, Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-013
 Submitted January 2, 2009  Filed January
8, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Phil Floyd Williams appeals his convictions for possession with intent to
 distribute crack cocaine and possession of crack cocaine with intent to
 distribute within a half mile from a school.  Williams argues the trial court erred
 in denying his motion to withdraw his guilty plea after he discovered the
 police allegedly contaminated the evidence against him.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HUFF, THOMAS, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.